William R. Brandt, for appellant; Chester Thomson, for appellee. Opinion by JUSTICE CARROLL. Not to be published in full. Opinion filed May 21, 1954; released for publication June 7, 1954.

## John C. Matthew, Plaintiff-Appellee, v. Leon Croene, Defendant-Appellant.

### Gen. No. 9,941.  (Abstract of Decision.)

Sweeney & Sweeney, Thomas Sweeney, and Brenda Sweeney, for appellant; Flesher & Taylor, for appellee. Opinion by JUSTICE HIBBS. Not to be published in full. Opinion filed May 21, 1954; released for publication June 7, 1954.

## People of State of Illinois, Plaintiff-Defendant in Error, v. Levi Long, Defendant-Plaintiff in Error.

### Gen. No. 9,946.  (Abstract of Decision.)

Naylor & Austin, Samuel J. Naylor, and Melvin L. Austin, for plaintiff in error; Latham Castle, Attorney General of State of Illinois, for defendant in error; Preston W. Kimball, State's Attorney of Hancock county, Fred G. Leach, and Harry L. Pate, Assistant Attorneys General, of counsel. Opinion by JUSTICE HIBBS. Not to be published in full. Opinion filed May 21, 1954; rehearing denied June 21, 1954; released for publication June 21, 1954.

In the Matter of Estate of Sarah Kanner, Deceased. Mandel Friedman, as Coexecutor, Petitioner-Appellant, v. Archie F. Friedman et al., Respondents-Appellees.

## Gen. No. 9,947.    (Abstract of Decision.)

Leslie G. Pefferle, for appellant; A. M. Fitzgerald, and Simon L. Friedman, for appellees. Opinion by JUSTICE HIBBS. Not to be published in full. Opinion filed May 21, 1954; released for publication June 7, 1954.